UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CIVIL ACTION NO. 12-28-JBC

LORETTA STEWART,                                                                                           PLAINTIFF,

V.                                                          **JUDGMENT**

MICHAEL J. ASTRUE, COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION,                                                         DEFENDANT.

* * * * * * * * *

The court having granted in part and denied in part the plaintiff's motion for summary judgment,

**IT IS ORDERED** that judgment is entered in favor of the plaintiff pursuant to Sentence Six of 42 U.S.C. § 405(g).

The Clerk is directed to **CLOSE** and **STRIKE** this matter from the active docket.

This is a final judgment, and there is no just cause for delay in its entry.

Signed on September 27, 2012

*Jennifer B. Coffman*
JENNIFER B. COFFMAN, JUDGE
U.S. DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY